## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

JOSE F OLIVER RIVERA

Debtor

* CASE NO. 21-03679 ESL
*
* CHAPTER 13
*

### MOTION REQUESTING AUTHORIZATION TO WITHDRAW AND RESIGN AS LEGAL COUNSEL OF DEBTOR

### TO THE HONORABLE COURT

COMES NOW debtor through his legal representation and very respectfully prays and states as follows:

1. That debtor filed for relief under Chapter 13 of the Bankruptcy Code on December 15th, 2021.

2. After speaking with Debtor, Counsel is requesting from this Honorable Court to withdraw Attorney Adela Torruella as debtor's legal representation in this case and that the Debtor be allow 60 days within which to appear with substitute counsel.

3. Counsel will provide Debtor a Copy of his file.

**WHEREFORE** the undersigned attorney very respectfully requests from this Honorable Court that this motion be granted and that an order be enter approving the withdrawal and resignation of Counsel and that debtor be allowed 60 days within which to appear with substitute counsel.

**I HEREBY CERTIFY:** On this same date I have filed this motion electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee and that we have sent copy of this document through regular mail to all non CM/ECF participants interested parties to their address of record.

In Juncos, Puerto Rico this 15th day of February of 2022.

ADELA L TORRUELLA LAW OFFICE, PSC
PO BOX 4040 SUITE 305
JUNCOS, PR 00777
Tel: (787)713-1892
Fax: (787)561-3601
adela4za@yahoo.com

ELECTRONICALLY FILED
S/ Adela L Torruella,
USDC- PR 200203

```
JOSE F OLIVER RIVERA              MONTEREY COLLECTION
URB VILLAS DE CANDELERO           4095 AVENIDA DE LA PLATA
#169                              OCEANSIDE CA 92056
HUMACAO PR 00791


ADELA L TORRUELLA
ADELA TORRUELLA LAW OFFICES PSC
PO BOX 4040
SUITE 305
JUNCOS, PR 00777


AAA
PO BOX 70101
SAN JUAN PR 00936-8101



DEPARTMENT OF TREASURY
PO BOX 9024140
SAN JUAN PR 00902-4140



DTOP
BOX 41269
SAN JUAN PR 00940



FIRST BANK
PO BOX 9146
SAN JUAN PR 00908-0146



IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346



LEDESMA & VARGAS, LLC
PO BOX 194089
SAN JUAN PR 00919-0489



LUMA ENERGY
PO BOX 364267
SAN JUAN PR 00936
```