IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSE F OLIVER RIVERA<br><br>DEBTOR(S) | CASE NO. **21-03679 ESL**<br><br>CHAPTER 13 |

**TRUSTEE'S OBJECTION TO CLAIM NUMBER 7
FILED BY URB VILLAS DE CANDELERO INC
NOTICE AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras Rivera, Chapter 13 Trustee, who most respectfully, STATES and PRAYS as follows:

1. On March 5, 2022, claim number 7 was filed by **URB VILLAS DE CANDELERO INC** in the amount of **$7,288.29.** The Trustee objects to this claim under the following grounds:

   - Pursuant to FBRP 3002(c), the time for filing a proof of claim transpired before the claim was filed.

2. The "Servicemembers Civil Relief Act" affidavit is not necessary since claimant is not an individual. LBR 3007-1 and 9013-1(c)(4).

WHEREFORE, for the reasons stated above, it is respectfully requested from this Honorable Court to **disallow** the aforementioned claim.

**NOTICE**
Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

CERTIFICATE OF SERVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: debtor(s), debtor's attorney, claimant, **URB VILLAS DE CANDELERO INC, PO BOX 4069 BAYAMON, PR 00958** and parties in interest that have filed notices of appearance, included in the service list attached to the original hereof.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 22nd day of March, 2022.

**/s/ALEJANDRO OLIVERAS RIVERA**
ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR, 00902-4062
PHONE: 787-977-3500
FAX: 787-977-3521
CCC-SRB

21-03679-ESL
CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

URB VILLAS DE CANDELERO INC

PO BOX 4069
BAYAMON, PR  00958

JOSE F OLIVER RIVERA
URB VILLAS CANDELERO
169 CALLE CARDENAL
HUMACAO, PR  00791

PRO SE*

ACTING AS OWN ATTORNEY
,  00000

DATED:    March 22, 2022

Page 1 of 1      - CASE NO  21-03679-ESL

/s/OLGA LOPEZ
OFFICE OF THE CHAPTER 13 TRUSTEE